UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK ALDENDERFER

V.

GARRICK REESE, PIKE ELECTRIC LLC, and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.

CIVIL ACTION: 23-1680

JUDGE:

MAGISTRATE:

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, MARK ALDENDERFER (Plaintiff "ALDENDERFER"), a person of the full age of majority and resident and domiciliary of the Parish of St. Tammany Parish, State of Louisiana, who respectfully submits the following Complaint:

### INTRODUCTION

1.

This cause of action arises out of a motor vehicle collision that occurred on or about June 21, 2022, in the Parish of Orleans, State of Louisiana.

2.

Made Defendants herein are:

A. GARRICK REESE (Defendant "REESE"), is a person of the full age of majority, resident and domiciliary of the County of Jackson, State of Mississippi, but within the jurisdiction of this Honorable Court.

B. PIKE ELECTRIC LLC (Defendant "PIKE ELECTRIC"), upon information and belief, a foreign limited liability company, organized in North Carolina, but otherwise licensed

to do and/or doing business in the Parish of Orleans, State of Louisiana and within the jurisdiction of this Honorable Court.

C. ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., upon information and belief, a foreign insurance corporation, incorporated in Illinois, but otherwise licensed to do and/or doing business in the Parish of Orleans, State of Louisiana and within the jurisdiction of this Honorable Court.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this proceeding pursuant to 28 USC 1332 due to the complete diversity of the parities, and the amount in controversy exceeds the jurisdictional threshold of $75,000.00 exclusive of interest and cost.

4.

Venue is proper in this Court pursuant to 28 USC 1391(b)(2) as the District in which a substantial part of the events giving rise to this claim occurred.

## FACTS

5.

On or about June 21, 2022, ALDENDERFER, was driving eastbound on I-160, near the Elysian Fields exit, when ALDENDERFER braked due to traffic congestion.

6.

Suddenly and without warning, REESE, struck the rear of ALDENDERFER's vehicle causing injuries to ALDENDERFER.

7.

The accident which occurred was solely caused by the negligence of REESE. The vehicle being driven by REESE was owned by PIKE ELECTRIC, and REESE was in the course and scope of his employment with PIKE ELECTRIC when he crashed into the vehicle driven by ALDENDERFER.

REESE was negligent in the following manner:

A. Failing to keep a proper lookout;

B. Failing to keep the vehicle under control at all times;

C. Operating the vehicle in a careless, reckless, and imprudent manner;

D. Failing to see what should have been seen;

E. Failing to exercise reasonable diligence;

F. In colliding with the vehicle traveling in front of him;

G. Disregarding traffic conditions; and

H. Such other acts of negligence as may be shown at the trial of this matter.

Such acts being in violation of the laws of the State of Louisiana and the Ordinances of the Parish of Orleans, which are specially plead as if copied *in extenso.*

8.

As a result of the foregoing, and as per applicable Louisiana law, including, but not limited to the Doctrines of Respondeat Superior, negligent entrustment, negligent hiring, training and supervision, principal and agent, permissive use, vehicle owner with responsibility for maintenance and upkeep and/or master-servant doctrines, said PIKE ELECTRIC is a proper party-defendant and is responsible for the negligence and/or liability attributed to defendant, REESE.

9.

Plaintiff, ALDENDERFER, alleges, upon information and belief, that at the time of the accident, the defendant, ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., had issued a public liability policy to PIKE ELECTRIC, under the terms of which it agreed to insure the motor vehicle operated by defendant, REESE, from the damages asserted herein. This policy was in full force and effect at the time of the accident involved herein, and provided liability coverage to the defendant, PIKE ELECTRIC, for the acts and/or omissions alleged herein.

## DAMAGES

10.

Plaintiff, ALDENDERFER, avers that he suffered the following damages:

A. Past and future medical expenses;

B. Past and future pain and suffering;

C. Past and future mental pain and anguish;

D. Loss of enjoyment of life.

ALDENDERFER further avers that he desires a trial by jury on all issues.

**WHEREFORE**, plaintiff, MARK ALDENDERFER, prays that after all due proceedings had, there be judgment in his favor and against defendants, GARRICK REESE, PIKE ELECTRIC, LLC, and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., jointly, severally and *in solido*, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid; for all costs of these proceedings, for all general and equitable relief and for trial by jury.

Respectfully submitted,

*/s/ Ryan P. Monsour*

DAVID W. ARDOIN, (L.B.N. 24282)
PRESTON L. HAYES (L.B.N. 29898)
RYAN P. MONSOUR (L.B.N. 33286)
MATTHEW D. ORY, (L.B.N. 31906)
*Amo Trial Lawyers, LLC*
3850 N. Causeway Blvd., Suite 590
Metairie, Louisiana 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
rpm@amotriallawyers.com
*Attorneys for Plaintiff*

-AND-

SAMMY J. ACCARDO, JR. (L.B.N. 24007)
*Accardo Law Firm, LLC*
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana 70068
Telephone: (985) 359-4300
Facsimile: (504) 359-4303