UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK ALDENDERFER** | **CIVIL ACTION NO. 23-CV-1680** |
| **VERSUS** | **JUDGE AFRICK** |
| **GARRICK REESE, PIKE ELECTRIC LLC AND ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.** | **MAG. VAN MEERVELD** |

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mark Aldenderfer and Defendants, Garrick Reese and Pike Electric LLC upon submitting to this Honorable Court that all claims in the above referenced matter have been amicably settled and compromised, hereby move for a dismissal of the referenced matter in its entirety, with prejudice, all parties to bear their own costs.

Respectfully submitted:

*/s/Ryan P. Monsour*
DAVID W. ARDOIN (#24282)
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
MATTHEW D. ORY (#31906)
Amo Trial Lawyers, LLC
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70001
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
rpm@amotriallawyers.com

and

SAMMY J. ACCARDO, JR. (#24007)
ACCARDO LAW FIRM, LLC
325 Belle Terre Blvd., Suite A
LaPlace, LA 70068
Telephone: (985) 359-4300
Facsimile: (504) 359-4303
Attorneys for Plaintiff

PLAUCHÈ MASELLI PARKERSON LLP

/s/ *Matthew T. Habig*
G. BRUCE PARKERSON (#1118)
MATTHEW T. HABIG (#37707)
701 Poydras St., Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142; Fax: (504) 582.1172
E-mail: bparkerson@pmpllp.com and
mhabig@pmpllp.com
COUNSEL FOR GARRICK REESE AND
PIKE ELECTRIC, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of February, 2024, served a copy of the foregoing pleading on counsel for all parties to this proceeding via the court's ECF system.

/s/ *Matthew T. Habig*

2

1182880